

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00711-CV

**IN RE A.G.B.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02272
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED denying appellee's petition to terminate the parent-child relationship between appellant and A.G.B. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 22, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice